

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00662-CV

**IN THE INTEREST OF N.J.V.**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-EM5-00613
Honorable Eric J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:        Adrian A. Spears II, Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

Delivered and Filed: June 3, 2026

DISMISSED FOR WANT OF PROSECUTION

On October 14, 2025, appellant filed a pro se notice of restricted appeal. On March 11, 2026, we issued an order explaining that the appellate record was complete and that appellant's brief was due on April 10, 2026. Neither appellant's brief nor a motion for extension of time was filed. Thus, on May 6, 2026, we ordered appellant to file, on or before May 22, 2026, her appellant's brief and a written response reasonably explaining (1) her failure to timely file the brief and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. We explained that if appellant failed to file a brief and the written response by the date ordered, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a) (permitting civil appeal to be dismissed for want of prosecution for failure of appellant to file a brief); *see also* TEX.

R. App. P. 42.3(c) (allowing involuntary dismissal in civil case if appellant has failed to comply with appellate court order). Appellant failed to respond by the date ordered. Therefore, her appeal is dismissed for want of prosecution.

PER CURIAM